**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 454 WAL 2014
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
MARIO LOUIS DUNCAN, :
:
                Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.